DeAnne Casperson, Esq. (ISB No. 6698)
dcasperson@workandwage.com
Amanda E. Ulrich, Esq. (ISB No. 7986)
aulrich@workandwage.com
Ryan S. Dustin, Esq. (ISB No. 8683)
ryandustin@workandwage.com
CASPERSON ULRICH DUSTIN PLLC
356 W. Sunnyside Rd., Suite B
Idaho Falls, ID 83402
Telephone: (208) 524-0566
Facsimile: (208) 745-2523

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
IN THE DISTRICT OF IDAHO

| | |
|---|---|
| MAURICE JOHN,<br><br>               Plaintiff,<br><br>v.<br><br>CORE BRACE, LLC, a Utah Limited Liability Company; SME INDUSTRIES, INC., a Nevada Corporation, doing business as CORE BRACE,<br><br>               Defendants. | Case No. 4:20-cv-00071-BLW<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Maurice John and Defendants CoreBrace, LLC and SME Industries, Inc., by and through their undersigned counsel of record, hereby stipulate that the above matter be dismissed with prejudice, each party to pay their own costs and attorneys' fees incurred in this matter.

Dated this 26th day of January, 2022.      /s/
                                          Amanda E. Ulrich
                                          CASPERSON ULRICH DUSTIN PLLC

Dated this 26th day of January, 2022.

_____/s/_____

David P. Gardner

HAWLEY TROXELL ENNIS & HAWLEY, LLP

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of January, 2022, I filed the foregoing electronically through the CM/ECF system, which causes the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

**DOCUMENT SERVED:     STIPULATION OF DISMISSAL WITH PREJUDICE**

**ATTORNEYS SERVED:**

David P. Gardner
HAWLEY TROXELL ENNIS
        & HAWLEY, LLP
412 West Center Street, Suite 2000
Pocatello, Idaho 83201
Facsimile: (208) 232-0150
Email: dgardener@hawleytroxell.com


　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　Amanda E. Ulrich, Esq.
　　　　　　　　　　　　　　　CASPERSON ULRICH DUSTIN PLLC

C:\Users\Amanda\Casperson Ulrich Dustin PLLC\Casperson Ulrich Dustin PLLC Team Site - Documents\Active Cases\John, Maurice\Pleadings\Dismiss.STIP.wpd