UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| MAURICE JOHN,<br><br>Plaintiff,<br><br>v.<br><br>CORE BRACE, LLC, et al.,<br><br>Defendants. | Case No. 4:20-cv-00071-BLW<br><br>**ORDER RE: STIPULATION OF DISMISSAL** |

Pursuant to the Stipulation of Dismissal of this action pursuant to F.R.C.P. 41(a)(1)(A), signed by all parties who have appeared in this action (Dkt. 40), the above-captioned action is automatically terminated in its entirety with prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997) (dismissal under Rule 41(a)(1)(A) is automatic, without court order).

DATED: January 27, 2022

_____
B. Lynn Winmill
U.S. District Court Judge

**ORDER RE: STIPULATION OF DISMISSAL - 1**